IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CV-00326-M-KS

MAMADOU M. SAMBA,

     Plaintiff,

v.

CITY OF ROCKY MOUNT,

     Defendant.

ORDER

This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Kimberly A. Swank [DE 5]. Therein, Judge Swank recommends that Plaintiff's Application to Proceed In Forma Pauperis [DE 2] be denied. The M&R, along with instructions and a deadline for filing objections, was served on the parties on May 21, 2026. *See* DE 5. Neither party filed a timely objection; instead, on May 27, 2026, Plaintiff paid the filing fee.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, Plaintiff's Application to Proceed In Forma Pauperis [DE 2] is DENIED.

SO ORDERED this __24th__ day of June, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2